**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | MC 06-00081-PHX-SMM |
|---|---|
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONS** |
| Ronald J. Serino, | |
| Respondent. | |

Upon consideration of the Petition to Enforce Internal Revenue Service Summons (dkt. 1), the Motion for Order to Show Cause (dkt. 2), and the Declaration of Revenue Officer Sandra Lewis, including the exhibits attached thereto,

**IT IS HEREBY ORDERED** that Respondent, Ronald J. Serino, appear before the Honorable Stephen M. McNamee, United States District Court Judge for the District of Arizona, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona, Courtroom No. 605, at 10:00 a.m. on September 12, 2006, to show cause why he should not be compelled to obey and comply with the Internal Revenue Service Summons served upon him by Revenue Officer Sandra Lewis on July 7, 2005, as set forth in the Petition. (Dkt. 1 at 2, ¶7.)

**IT IS FURTHER ORDERED** that a copy of this Order, together with one copy each of the Petition to Enforce Internal Revenue Service Summons, the Motion for Order to Show Cause, the proposed Order Enforcing Summons, and the Declaration of Revenue Officer Sandra Lewis and the exhibits attached thereto, shall be personally served on Respondent Ronald J. Serino, within 21 (twenty-one) days of the date that this Order is served on counsel for the

United States. Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Revenue Agent Sandra Lewis to effect service in this case. The Petitioner shall file proof of such service with the Clerk of the Court as soon as practicable.

**IT IS FURTHER ORDERED** that, if Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk of the Court and copies served on counsel for the United States within 14 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 court days prior to the date set for the show cause hearing.

**IT IS FURTHER ORDERED** that, any defense or opposition to the Petition that Respondent desires to make shall be set forth in such written response and shall be supported by appropriate affidavits. At the show cause hearing, the Court will consider only those issues brought into the controversy by Respondent's written response(s) and supported by affidavit(s). Any uncontested allegation(s) in the Petition shall be deemed admitted.

DATED this 17th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge