**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Petitioner,<br>   v.<br><br>Ronald J. Serino,<br><br>      Respondent. | CIV-06-MC-00081-PHX-SMM<br><br>**ORDER** |

The Court having reviewed and considered the Notice of Voluntary Dismissal (dkt. 5), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this summons enforcement matter.

**IT IS FURTHER ORDERED VACATING** the order to show cause hearing set for September 12, 2006 at 10:00 a.m.

DATED this 14th day of August, 2006.

Stephen M. McNamee
United States District Judge